UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JANCYE KELLAM, Individually,

    Plaintiff,

v.                                            Case No. 5:11-cv-00433-FL

CFG & ASSOCIATES aka CROWN
FINANCIAL GROUP, INC.,

    Defendant.

_____/

**ORDER**

The cause coming to be heard on Plaintiff's Request for Clerk's Entry of Default against Defendant, due notice having been given, and the based on the record and Plaintiff's Declaration In Support Thereof, and for good cause shown:

It is ORDERED that Plaintiff's Request for Clerk's Entry of Default against Defendant is granted.

SO ORDERED.

Date: _____

_____
Dennis P. Iavarone, U.S. District Court Clerk