IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CV-433-FL

| | |
|---|---|
| JANCYE KELLAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER DISMISSING CASE |
| CFG & ASSOCIATES ) | |
| also known as ) | |
| Crown Financial Group, Inc., ) | |
| ) | |
| Defendant. ) | |

Pursuant to this court's order entered January 23, 2012, to which plaintiff has failed to respond, this case is dismissed without prejudice for failure to prosecute.

SO ORDERED, this the 1st day of March, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge